IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| GILLES K. KOUASSI, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) ) No.  13-1265-JBM-JAG |
| WESTERN ILLINOIS UNIVERSITY, A University Chartered and Authorized Under the Board of Governors for State, Universities, ROSE McCONNELL and SUSAN MARTINELLI-FERNANDEZ, | ) ) ) ) ) ) ) |
| Defendants. | ) |

**ANSWER AND AFFIRMATIVE DEFENSES OF WESTERN ILLINOIS UNIVERSITY**

NOW COMES the Defendant, WESTERN ILLINOIS UNIVERSITY, by and through its attorney, Lisa Madigan, Attorney General for the State of Illinois, and hereby submits its Answer and Affirmative Defenses, stating as follows:

**COMMON ALLEGATIONS**

1. Defendant admits the allegations of paragraph 1.

2. Defendant admits the allegations of paragraph 2.

3. Defendant admits that this court has federal question jurisdiction under 28 U.S.C. § 1331. Defendant admits that Plaintiff asserts claims under 42 U.S.C. § 2000e*, et seq.*, and 42 U.S.C. § 1981. Defendant denies the remaining allegations of paragraph 3.

4. Defendant admits that Plaintiff is in the United States under Permanent Resident status. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of paragraph 4.

5. Defendant admits the allegations of paragraph 5.

WHEREFORE, Defendant denies that Plaintiff is entitled to any relief and requests judgment in Defendant's favor and against Plaintiff.

### COUNT I - RACE DISCRIMINATION IN EMPLOYMENT
### VIOLATION OF 42 U.S.C. § 2000e, *ET SEQ.*

1–5. Defendant reasserts and incorporates its answers to paragraphs 1 through 5 of the Common Allegations as paragraphs 1 through 5 herein.

6. Defendant admits that Plaintiff is dark skinned and of African descent. Defendant denies the remaining allegations of paragraph 6.

7. Defendant admits that Plaintiff became employed by Defendant WIU in 2007, but denies Plaintiff became employed in April of that year.

8. Defendant denies the allegations of paragraph 8.

9. Defendant denies the allegations of paragraph 9.

10. Defendant denies the allegations of paragraph 10.

WHEREFORE, Defendant denies that Plaintiff is entitled to any relief and requests judgment in Defendant's favor and against Plaintiff.

### COUNT II - NATIONAL ORIGIN DISCRIMINATION
### IN VIOLATION OF 42 U.S.C. § 2000e, *ET SEQ.*

1–5. Defendant reasserts and incorporates its answers to paragraphs 1 through 5 of the Common Allegations as paragraphs 1 through 5 herein.

6. Defendant lacks knowledge or information sufficient to form a belief as to whether Plaintiff is a citizen of the Ivory Coast. Defendant denies the remaining allegations of paragraph 6.

7. Defendant denies the allegations of paragraph 7.

8. Defendant denies the allegations of paragraph 8.

9. Defendant denies the allegations of paragraph 9.

WHEREFORE, Defendant denies that Plaintiff is entitled to any relief and requests judgment in Defendant's favor and against Plaintiff.

## COUNT III - RETALIATION
## IN VIOLATION OF 42 U.S.C. § 2000e-3

1–5.   Defendant reasserts and incorporates its answers to paragraphs 1 through 5 of the Common Allegations as paragraphs 1 through 5 herein.

6.   Defendant admits that Plaintiff is dark skinned and of African descent. Defendant denies the remaining allegations of paragraph 6.

7.   Defendant admits that Plaintiff made complaints to Western Illinois University in November 2011 to upper management faculty. Defendant denies the remaining allegations of paragraph 7.

8.   Defendant denies the allegations of paragraph 8.

9.   Defendant denies the allegations of paragraph 9.

10.   Defendant denies the allegations of paragraph 10.

WHEREFORE, Defendant denies that Plaintiff is entitled to any relief and requests judgment in Defendant's favor and against Plaintiff.

## COUNT IV - RACE DISCRIMINATION
## IN VIOLATION OF 42 U.S.C. § 1981

1–5.   Defendant reasserts and incorporates its answers to paragraphs 1 through 5 of the Common Allegations as paragraphs 1 through 5 herein.

6.   Defendant denies the allegations of paragraph 6.

7.   Defendant denies the allegations of paragraph 7.

8.   Defendant denies the letter attached to the Complaint as Exhibit 2 is dated May 3, 2012. Defendant admits the remaining allegations of paragraph 8.

9.   Defendant denies the allegations of paragraph 9.

10.     Defendant denies the allegations of paragraph 10.

WHEREFORE, Defendant denies that Plaintiff is entitled to any relief and requests judgment in Defendant's favor and against Plaintiff.

## AFFIRMATIVE DEFENSES

1.      Plaintiff's claims under 42 U.S.C. § 1981 are barred by the Eleventh Amendment.

2.      Plaintiff's claims under 42 U.S.C. § 1981 are barred by the statute of limitations to the extent Plaintiff claims relief for conduct occurring prior to June 10, 2011.

3.      Plaintiff's claims under Title VII are barred by the statute of limitations to the extent Plaintiff claims relief for conduct occurring prior to December 24, 2011.

WHEREFORE, Defendant requests judgment in its favor and against Plaintiff.

Respectfully submitted,

WESTERN ILLINOIS UNIVERSITY,

Defendant,

LISA MADIGAN, Attorney General,
State of Illinois

Attorney for Defendant,

By: s/ Joshua D. Ratz
        Joshua D. Ratz, #6293615
        Assistant Attorney General
        500 South Second Street
        Springfield, Illinois  62706
        (217) 782-9094  Phone
        (217) 524-5091  Fax
        E-Mail:  jratz@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| GILLES K. KOUASSI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 13-1265-JBM-JAG |
| | ) | |
| WESTERN ILLINOIS UNIVERSITY, | ) | |
| A University Chartered and Authorized | ) | |
| Under the Board of Governors for State, | ) | |
| Universities, ROSE McCONNELL and | ) | |
| SUSAN MARTINELLI-FERNANDEZ, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2013, the foregoing document, Answer and Affirmative Defenses of Western Illinois University, was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Stephen T. Fieweger
sfieweger@katzlawfirm.com

and I hereby certify that on September 16, 2013, a copy of the foregoing document was mailed by United States Postal Service, to the following non-registered participant:

None.

Respectfully Submitted,

 s/ Joshua D. Ratz
Joshua D. Ratz, #6293615
Assistant Attorney General