Thursday January 23, 2014

Gilles K. Kouassi
137 James Dr.
Macomb IL, 61455
Tel: 309-255-7068



To the Honorable Judge Gorman
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dear Judge Gorman,

I received your letter dated January 2, 2014 following my December 25, Notice of Release of Legal representation in the case # 1:13-cv-01265-JBM-JAG, and I thank you for your prompt response.

I wish to participate in the telephone hearing on this motion set for Friday, 1/31/14 at 10 AM. I called the clerk today January 23, 2014 to provide her with my phone number (309-255-7068).

I thank you for your time.


Sincerely,

*(signature)*

Gilles K. Kouassi