IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| GILLES KOUASSI, | |
| Plaintiff, | |
| v. | No. 13-1265 |
| WESTERN ILLINOIS UNIVERSITY, | |
| Defendant. | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

NOW COMES Defendant, WESTERN ILLINOIS UNIVERSITY, by and through its attorney, Lisa Madigan, Attorney General for the State of Illinois, and for its Memorandum of Law in Support of Defendant's Motion for Summary Judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure, states as follows:

1.  Plaintiff Gilles Kouassi was employed by Defendant Western Illinois University as faculty in the Chemistry Department from the Fall of 2007 through the Spring of 2014.

2.  In May 2013, University President Jack Thomas informed Plaintiff of his determination that Plaintiff had failed to meet the requirements for tenure and, as a result, would be issued a terminal contract expiring at the end of the 2013-2014 school year.

3.  Plaintiff now alleges that the failure to grant Plaintiff tenure and awards was discriminatory on the basis of Plaintiff's race and national origin, in violation of Title VII of the Civil Rights Act of 1964 *as amended*, 42 U.S.C. §2000e *et seq*. and in retaliation for filing EEOC complaints and internal complaints with the University. In Count IV, Plaintiff alleges the University discriminated against Plaintiff in violation of 42 U.S.C. § 1981. Plaintiff also alleges that he was not given a Professional Achievement Award as a result of discrimination.

1

4. Defendant moves for summary judgment on all remaining counts.[1]

5. Plaintiff has no evidence demonstrating that President Thomas or any other decision maker discriminated or retaliated against Plaintiff. Therefore, Plaintiff cannot make out a prima facie case.

6. Additionally, Plaintiff has no evidence to rebut the University's nondiscriminatory reasons for denying Plaintiff tenure and awards.

7. Further, Count IV, alleging violations of 42 U.S.C. § 1981, is barred by the Eleventh Amendment.

8. A memorandum of law is submitted herewith and incorporated herein.

WHEREFORE, the Defendant respectfully requests this honorable Court grant its Motion for Summary Judgment and enter judgment in its favor and against Plaintiff on all counts.

Respectfully submitted,

WESTERN ILLINOIS UNIVERSITY,

Defendant,

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendant,

BY: /s/Joshua D. Ratz
    Joshua D. Ratz
    Assistant Attorney General

Joshua D. Ratz, #6293615
Assistant Attorney General
500 South Second Street
Springfield, IL 62706
Telephone: 217/782-5819
Facsimile: 217/524-5091

---

[1] The court previously dismissed Counts V, VI, VII, and IX.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| GILLES K. KOUASSI, | ) |
| Plaintiff, | ) |
| -vs- | ) No.  13-1265-JBM-JAG |
| WESTERN ILLINOIS UNIVERSITY, A University Chartered and Authorized Under the Board of Governors for State, Universities, ROSE McCONNELL and SUSAN MARTINELLI-FERNANDEZ, | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2015, the foregoing document, Defendant's Motion for Summary Judgment, was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

None.

and I hereby certify that on February 24, 2015, a copy of the foregoing document was mailed by United States Postal Service, to the following non-registered participant:

Gilles K. Kouassi
3266 White Oak Lane
Eau Claire, WI 54703

Respectfully Submitted,

  s/ Joshua D. Ratz
Joshua D. Ratz, #6293615
Assistant Attorney General